PROB 35
(Rev. 6/17)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 AUG 27 AM 8: 47

CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.   }   Crim. No.   4:15CR00152-1

Kimberlee S. Daransky

On March 13, 2018, the above named was placed on probation for a period of twelve months. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Kimberlee S. Daransky be discharged from supervision.

Respectfully submitted,

_____
Christopher G. Gaines
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this __26th__ day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 AUG 27 AM 8: 47
CLERK
SO. DIST. OF GA.